■ CAVAC COMPANIA ANONIMA VENEZOLANA DE ADMINISTRACION Y COMERCIO, Respondent, v. NANCY C. STANLEY, as Administratrix of the Estate of STANLEY T. STANLEY, Deceased, Appellant, et al., Defendants.— Order, entered on August 26, 1960, denying defendant-appellant's motion to dismiss the complaint for lack of prosecution, and order entered on September 21, 1960, granting plaintiff's motion for an extension of time to file a note of issue, unanimously reversed, on the law, on the facts, and in the exercise of discretion, with $20 costs and disbursements to the appellant, plaintiff's motion for an enlargement of time to file a note of issue is denied and defendant-appellant's motion to dismiss the complaint for lack of prosecution is granted, with $10 costs, with leave to the plaintiff to move to vacate the dismissal upon proper papers, including an affidavit of merits. The separate appeals are considered together for reasons of convenience. It may well be that it was reasonable to delay the New York proceeding until the determination of the action in the United States District Court. Plaintiff, however, may not be relieved of the obligation to establish a meritorious claim. We have repeatedly held that the failure to prosecute an action requires its dismissal in the absence of a showing of merits by one having personal knowledge of the facts. (*De Long* v. *J. Rich Steers, Inc.*, 10 A D 2d 705.) Should an application to vacate be made, the parties may, if so advised, incorporate by reference any of the papers submitted on this motion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ANITA LA PIDUS, Respondent, v. HENRY LA PIDUS, Appellant.— Order, entered on September 20, 1960 awarding plaintiff temporary alimony of $450 a week for the support of herself and infant daughter of the marriage and an interim counsel fee of $4,500 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of NATHAN MENNEN, Petitioner, v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of GRACELAND CORP., Appellant, v. ROBERT E. HERMAN, as Acting State Rent Administrator, Respondent.— Order, entered February 2, 1960 dismissing an article 78 proceeding to review the State Rent Administrator's final order denying petitioner's application for a rent increase pursuant to subdivision 5 of section 33 of the State Rent and Eviction Regulations unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of the Final Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Sole Surviving Trustee under the Will of BRYAN D. SHEEDY, Deceased, of the Trust for the Benefit of ELEANOR M. SHEEDY and as one of the Executors of ELEANOR M. SHEEDY, Deceased, Respondent. BRYAN DE F. SHEEDY et al., Respondents; LAURELLE SHEEDY et al., Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties appearing separately and filing briefs, payable out of the trust estate. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.